# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT D. BOLANOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLIE LEWIS, JR and QUALITY CARRIERS, INC.,<br><br>    Defendants. | Cause No. |

## COMPLAINT WITH JURY DEMAND

COMES NOW plaintiff, Robert D. Bolanowski, by and through his attorneys, Short and Daugherty, P.C., and for his Complaint against defendants, Charlie Lewis, Jr., and Quality Carriers, Inc., states as follows:

## PARTIES AND JURISDICTION

1. Plaintiff, Robert D. Bolanowski, hereinafter "Plaintiff" at all times relevant to this action, is a citizen of the State of Illinois, being a resident of Anna, Union County, Illinois.

2. Defendant, Charlie Lewis, Jr., hereinafter "Lewis," is and was at all times relevant to this action a citizen of the State of Georgia, being a resident of College Park, Fulton County, Georgia.

3. Defendant, Quality Carriers, Inc., is and was at all times relevant to this action is a domestic organized and existing under the laws of Illinois, with its principal place of business located in Illinois.

4. Defendant, Quality Carriers, Inc., is engaged the business of transportation throughout the United States, by use of semi-trucks, including the State of Illinois.

5. At all times relevant hereto, Defendant Lewis, was employed by Quality Carries, Inc., as a truck driver.

6. There is a partial diversity of citizenship of the parties to this action as Plaintiff and Defendant, Charlie Lewis, Jr. are citizens of different states from one another.

7. The amount in controversy exceeds $75,000.00, exclusive of costs and interest. Therefore, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

8. Venue for this action is proper in the Southern District of Illinois, pursuant to 28 U.S.C. § 1391, as the occurrence giving rise to Plaintiff's claim occurred in this district and division.

## COUNT I
## (NEGLIGENCE – CHARLIE LEWIS, JR)

1-8. Plaintiff incorporates Paragraphs 1-8 above as if fully set forth herein.

9. On or about March 23, 2019, at approximately 3:08 p.m., plaintiff, Robert Bolanowski was driving a 2017 Freightliner in an eastbound direction on Interstate 30 in Hempstead County, Arkansas.

10. At the same time and place, defendant was driving a 2015 Freightliner in an eastbound direction on Interstate 30 in Hempstead County, Arkansas.

11. Plaintiff attempted to changed lanes and therefore defendant Lewis' vehicle was traveling directly behind plaintiff's vehicle.

12. At said time and place, defendant's vehicle collided with the rear of plaintiff's vehicle, causing the injuries and damages hereinafter specified.

13. At the aforesaid time and place, it was the duty of defendant Lewis to exercise ordinary care for the safety of all persons traveling upon the roadway, including plaintiff.

14. As the aforesaid time and place, the vehicle operated by defendant Lewis collided with plaintiff's vehicle I breach of the duty of care which defendant Lewis owed to plaintiff.

15. As the aforesaid time and place, defendant Lewis negligently committed one or more of the following acts or omissions which thereby proximately caused injuries and damages to plaintiff:

    a. Failed to keep a proper lookout; and

    b. failed to keep a reasonable distance between his vehicle and plaintiff's vehicle; and

    c. failed to reduce speed in order to avoid a collision in violation of 625 ILCS 6/11-601(a); and

    d. failed to keep his vehicle under control; and

    e. failed to use every precaution to avoid a collision.

16. As direct and proximate result of one or more of the aforementioned negligent acts or omissions of defendant, plaintiff suffered injuries of a personal and pecuniary nature including but not limited to injuries to his hip, shoulders, neck and back. He was required to hire the services of doctors and hospitals in curing himself.

WHEREFORE plaintiff, Robert D. Bolanowski, prays for judgment against defendant, Charlie Lewis, Jr., in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00); plus costs of suit.

## COUNT II
### (QUALITY CARRIERS, INC.)

1-12. Plaintiff hereby incorporates paragraphs No. 1 through No. 12 of this Complaint fully as if the allegations were set forth fully herein.

13. At all times material, defendant Charlie Lewis, Jr., was assumed to be under defendant Quality Carriers, Inc.'s, direct supervision, employ and control when he committed the negligent acts alleged herein.

14. Defendant, Charlie Lewis, Jr., engaged in this conduct while acting in the course and scope of his employment with the defendant Quality Carriers, Inc., while serving as an employee, agent or servant of the defendant, Quality Carriers, Inc.

15. Defendant, Charlie Lewis, Jr., was operating under the direction and control of his employer, Quality Carriers, Inc.

16. Defendant, Quality Carriers, Inc., is liable for the negligent conduct of Charlie Lewis, Jr., under the law of vicarious liability, including the Doctrine of Respondeat Superior.

17. As a direct result of conduct described herein, plaintiff has suffered the injuries and damages described herein.

WHEREFORE Plaintiff demands judgment to be entered against the defendant, Robert D. Bolanowski, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00); plus costs of suit.

Respectfully Submitted,

BY: /s/Keith Short
Keith Short #6210044
Jack Daugherty #6229106
Short and Daugherty, P.C.
325 Market Street
Alton, IL 62002
618-254-0055
618-254-1272 (fax)
keith@siltrial.com
jack@siltrial.com